# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLER MORTGAGE, LLC dba KELLER MORTGAGE, NATIONSTAR MORTGAGE LLC, and NATIONSTAR MORTGAGE LLC dba MR. COOPER, and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Case No.: 23-CV-00596-JAM-CKD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE THE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Judge John A. Mendez<br>Courtroom:  6 |

The Court, having considered Keller Mortgage, LLC's Unopposed Motion for Administrative Relief to Enlarge the Time to Respond to the First Amended Complaint, and good cause appearing, it is hereby ORDERED:

1. The Motion to Enlarge the Time to Respond to the First Amended Complaint is **GRANTED**.

2. Keller Mortgage, LLC shall file its response to the First Amended Complaint on or before **June 6, 2023**.

Dated:  May 17, 2023         s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE