# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLER MORTGAGE, LLC dba KELLER MORTGAGE, NATIONSTAR MORTGAGE LLC, and NATIONSTAR MORTGAGE LLC dba MR. COOPER, U.S. BANK NATIONAL ASSOCIATION and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 23-CV-00596-JAM-CKD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Judge John A. Mendez<br>Courtroom: 6 |

The Court, having considered Plaintiffs', STEVE F. TIBBETTS and TAMBERLYN TIBBETTS, Unopposed Motion for Leave to File a Second Amended Complaint, and good cause appearing, it is hereby ORDERED:

1. The Motion for Leave to File a Second Amended Complaint is **GRANTED**.
2. Defendants shall file their respective responses to the Second Amended Complaint 21 days following the service of this Order.

Dated: June 07, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE