UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>KELLER MORTGAGE, LLC dba KELLER MORTGAGE, NATIONSTAR MORTGAGE LLC, and NATIONSTAR MORTGAGE LLC dba MR. COOPER, U.S. BANK NATIONAL ASSOCIATION and DOES 1-20, inclusive,<br><br>　　　Defendants. | Case No.: 23-cv-00596-JAM-CKD<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE THE TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT AND TO ENLARGE THE TIME FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT**<br><br>Judge: Hon. Judge John A. Mendez<br>Courtroom:　6 |

The Court, having considered KM Dublin, LLC's, f/k/a Keller Mortgage, LLC ("**Keller Mortgage**"), Unopposed Motion for Administrative Relief to Enlarge the Time to Respond to the Third Amended Complaint and to Enlarge the Time for the Parties to File Their Joint Status Report, and good cause appearing, it is hereby ORDERED:

1. The Motion to Enlarge the Time to Respond to the Third Amended Complaint and to file the Joint Status Report is **GRANTED**.

2. Keller Mortgage, LLC shall file its response to the Third Amended Complaint on or before **November 22, 2023**.

3. Plaintiffs Steve F. Tibbetts and Tamberlyn Tibbetts and Defendants Keller Mortgage, Nationstar Mortgage LLC, and U.S. Bank National Association shall file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26,

in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report on or before **December 1, 2023**.

Dated: November 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE