TROUTMAN PEPPER
HAMILTON SANDERS LLP
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and U.S. Bank National Association, as Trustee for
WOV ML Pass-Through Trust I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>Plaintiffs,<br><br>v.<br><br>KELLER MORTGAGE, LLC, dba KELLER MORTGAGE, et al.,<br><br>Defendants. | Case No. 2:23-cv-00596-JAM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR NATIONSTAR AND U.S. BANK TO FILE AN AMENDED ANSWER TO THIRD AMENDED COMPLAINT**<br><br>Complaint Filed:   January 18, 2023<br>Second Amended: June 27, 2023<br>Third Amended:    November 1, 2023<br>Trial Date:              July 7, 2025 |
|---|---|

Pursuant to Plaintiffs Steve F. Tibbetts and Tamberlyn Tibbetts (**Plaintiffs**) and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**) and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I (**U.S. Bank**) (Nationstar and U.S. Bank are at times collectively referred to herein as **Defendants**) (Plaintiffs and Defendants collectively referred to herein as the

1

**Parties**) Stipulation and consent, it is HEREBY ORDERED that Defendants are granted leave to file their Amended Answer no later than five (5) days after the date of this order, a proposed draft of which is attached as Exhibit A to the Stipulation.

Dated:  October 29, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE