TROUTMAN PEPPER
HAMILTON SANDERS LLP
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and U.S. Bank National Association, as Trustee for
WOV ML Pass-Through Trust I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>Plaintiffs,<br><br>v.<br><br>KELLER MORTGAGE, LLC, dba KELLER MORTGAGE, et al.,<br><br>Defendants. | Case No. 2:23-cv-00596-JAM-CKD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINE IN PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed:   January 18, 2023<br>Second Amended:  June 27, 2023<br>Third Amended:    November 1, 2023<br>Trial Date:            July 7, 2025 |

Plaintiffs Steve F. Tibbetts and Tamberlyn Tibbetts (**Plaintiffs**) and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**) and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I (**U.S. Bank**) (Nationstar and U.S. Bank are at times collectively referred to herein as **Defendants**) (Plaintiffs and Defendants collectively referred to herein as the **Parties**) submit the following Stipulation pertaining to the discovery deadline

1

contained in the Court's April 1, 2024 Pretrial Scheduling Order.  This stipulation is based on the following facts:

1. On April 1, 2024, the Court issued its Pretrial Scheduling Order adopting November 29, 2024 as the date for close of discovery.

2. The parties require an additional 19 days to complete discovery.

3. There is good cause for the requested extension as the parties are actively completing discovery and this brief extension will not impact the dispositive motion deadline or trial.

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The parties agree that the discovery deadline in this Court's Pretrial Scheduling Order will be extended 19 days to December 18, 2024.

Dated: November 4, 2024

FRANK LAW GROUP, P.C.

By: _____
David E. Frank
Dennis G. Seley

Attorneys for Plaintiffs
Steve F. Tibbetts and Tamberlyn Tibbetts

Dated: November 4, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By:  /s/ Holly E. Cheong
Justin D. Balser
Holly E. Cheong

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I

TROUTMAN PEPPER
HAMILTON SANDERS LLP
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and U.S. Bank National Association, as Trustee for
WOV ML Pass-Through Trust I

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS, <br><br> Plaintiffs, <br><br> v. <br><br> KELLER MORTGAGE, LLC, dba KELLER MORTGAGE, et al., <br><br> Defendants. | Case No. 2:23-cv-00596-JAM-CKD <br><br> **ORDER GRANTING STIPULATION RE: EXTENSION OF DISCOVERY DEADLINE IN PRETRIAL SCHEDULING ORDER** <br><br> Complaint Filed:    January 18, 2023 <br> Second Amended:  June 27, 2023 <br> Third Amended:     November 1, 2023 <br> Trial Date:             July 7, 2025 |

Pursuant to Plaintiffs Steve F. Tibbetts and Tamberlyn Tibbetts (Plaintiffs) and Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper (Nationstar) and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I (U.S. Bank) (Nationstar and U.S. Bank are at times collectively referred to herein as Defendants) (Plaintiffs and Defendants collectively referred to herein as the Parties) Stipulation and consent, it is HEREBY ORDERED that the **discovery** deadline in this Court's Pretrial Scheduling Order will be **EXTENDED** 19 days to **December 18, 2024**.

Dated: November 07, 2024  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE