TROUTMAN PEPPER
HAMILTON SANDERS LLP
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
Holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:   213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and U.S. Bank National Association, as
Trustee for WOV ML Pass-Through Trust I

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLER MORTGAGE, LLC dba KELLER MORTGAGE, NATIONSTAR MORTGAGE LLC, and NATIONSTAR MORTGAGE LLC, dba MR. COOPER, U.S. BANK NATIONAL ASSOCIATION and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00596-JAM-CKD<br><br>**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF NON-RECEIPT OF OPPOSITION AND REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**<br><br>Complaint Filed:  January 18, 2023<br>Second Amended:  June 27, 2023<br>Third Amended:  November 1, 2023<br>Trial Date:  July 7, 2025<br><br>Hearing Date:  January 8, 2025<br>Time:  10:00 am<br>Judge:  Carolyn K. Delaney<br>Courtroom:  24 |
|---|---|

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the hearing on Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's ("Nationstar"), motion for protective order and motion to prevent the December 4, 2024 deposition of a single Nationstar employee is scheduled for January 8, 2025 at 10:00 AM in Courtroom 24. Nationstar filed the motion on November 25, 2024. Doc. No. 61.

Pursuant to L.R. 230(c), Plaintiffs were required to serve and file any opposition to Nationstar's motion on or before December 9, 2024. They did not. This failure to oppose suggests Plaintiffs consent to the motion and/or have no basis to challenge the motion. L.R. 230(c) ("No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.") (internal citation omitted).

Accordingly, Plaintiffs' failure to serve and file a timely opposition should be considered an abandonment of their claims for the deposition and Nationstar requests the Court grant its motion for protective order and motion prohibiting the deposition of Nationstar's employee, Jeremy Kasza.

Dated: December 10, 2024

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By:  */s/ Holly E. Cheong*
Justin D. Balser
Holly E. Cheong

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2024, a copy of the foregoing **NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER'S NOTICE OF NON-RECEIPT OF OPPOSITION AND REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Holly E. Cheong*
Holly E. Cheong