TROUTMAN PEPPER LOCKE LLP
Justin D. Balser (SBN 213478)
justin.balser@troutman.com
Holly E. Cheong (SBN 277467)
Holly.cheong@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:   213.928.9850

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper
and U.S. Bank National Association, as
Trustee for WOV ML Pass-Through Trust I

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE F. TIBBETTS and TAMBERLYN TIBBETTS,<br><br>              Plaintiffs,<br><br>      vs.<br><br>KELLER MORTGAGE, LLC dba KELLER MORTGAGE, NATIONSTAR MORTGAGE LLC, and NATIONSTAR MORTGAGE LLC, dba MR. COOPER, U.S. BANK NATIONAL ASSOCIATION,<br><br>              Defendants. | Case No.: 2:23-cv-00596-JAM-CKD<br><br>**STIPULATED DISMISSAL; ORDER** |

        This Stipulation is entered into by Plaintiffs, Steve F. Tibbetts and Tamberlyn

Tibbetts ("Plaintiffs"), and Defendants, Nationstar Mortgage LLC d/b/a Mr. Cooper

("Nationstar") and U.S. Bank National Association, as Trustee for WOV ML Pass-

Through Trust I ("U.S. Bank") (collectively, "Defendants") through their respective

counsel of record, with reference to the following facts:

/ / /

/ / /

/ / /

A. Plaintiffs and Defendants have entered into a written settlement agreement fully resolving this Action as between themselves, and calls for this Action to be dismissed with prejudice.

B. Plaintiffs and Defendants both request that this Court retain jurisdiction to enforce the terms of the written settlement.

NOW, THEREFORE, Plaintiffs and Defendants stipulate and agree that this Court shall dismiss this Action with prejudice in its entirety, and that this Court shall retain jurisdiction pursuant to FRCP 41 to enforce the terms of the Parties' written settlement agreement.

Dated: March 18, 2025      FRANK LAW GROUP, P.C.

By: _____
            David E. Frank

Attorneys for Plaintiffs
Steve F. Tibbetts and Tamberlyn Tibbetts

Dated: March 18, 2025      TROUTMAN PEPPER LOCKE LLP

By: _____
            Justin D. Balser
            Holly E. Cheong

Attorneys for Defendants
Nationstar Mortgage LLC d/b/a Mr. Cooper and U.S. Bank National Association, as Trustee for WOV ML Pass-Through Trust I

## ORDER DISMISSING CASE WITH PREJUDICE

Based on the Stipulation of the Parties, and for good cause shown, the Court hereby **ORDERS** that this Action is **DISMISSED with prejudice** in its entirety.

Any hearing dates and deadlines previously set in this matter, including the 05/23/2025 final pretrial conference and the 07/07/2025 jury trial, are hereby **VACATED**.

The Court shall retain jurisdiction to enforce the terms of the Parties' written settlement pursuant to FRCP 41.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Dated: March 18, 2025          /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE